FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 26 2005 ★
BROOKLYN OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x   Civil Action No.: CV-05-770 (JG)(VVP)

UNITED STATES OF AMERICA, §
§
          Plaintiff, §
- against- §
§
CIRIA L RIVERA, §
§
          Defendant. §
---------------------------------------------------------------x

## DEFAULT JUDGMENT

Because Ciria L Rivera failed to appear to defend this action after having been served with process, it is ordered that a default be entered.

It is adjudged that the United States of America recover from Ciria L Rivera:

| **Claim No. C99-26717W** | |
|---|---|
| Principal Balance: | $2,654.57 |
| Total Interest Accrued at 8.250%: | $1,837.07 |
| Filing and Service of Process: | $290.00 |
| Subtotal: | $4,781.64 |
| Attorney's Fees: | $ 956.33 |
| Total Owed: | $5737.97 |

Post-judgment interest shall be calculated, pursuant to 28 U.S.C. §1961.

Signed: Brooklyn, New York
Sept 20, 2005

                                           s/John Gleeson
                                           John Gleeson
                                           United States District Judge